393 A.2d 1277

Commonwealth v. Hobson, Appellant.

Argued April 13, 1978. William F. Manifesto, for appellant; Robert F. Hawk and Richard Givan, Assistant District Attorneys, for Commonwealth, appellee.

Judgment of sentence affirmed.

393 A.2d 1278

Commonwealth v. Huddy, Appellant.

Commonwealth v. Sobun, Appellant.

Argued April 17, 1978. Robert J. Compbell, for appellant at No. 338; Eugene J. Martucci, for appellant at No. 339; John Lee Brown, Jr., Assistant District Attorney, with him Joseph Walko, District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.